IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              4:01CR00071 - 001 JMM

TOOKY WARREN SANCHEZ

### ORDER WAIVING INTEREST

On January 17, 2002, Judgment was imposed upon the above named defendant wherein restitution in the amount of $43,949.56 was imposed with interest. A review of the defendant's financial condition indicates that he does not have the ability to pay interest.

IT IS THEREFORE ORDERED AND ADJUDGED, that the interest requirement on the amount of restitution imposed be, and it is hereby, waived from the date of judgment.

Dated this 26 day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE